RACHEL E. KAUFMAN (CAL BAR NO. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK WALWORTH**, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**RUBIO REAL ESTATE SERVICES, INC.**, a California corporation,<br><br>Defendant. | Case No. 8:20-cv-01486-JLS-DFM<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Plaintiff Frank Walworth hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 20, 2020            Respectfully submitted,

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar no. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Class*