# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01486-JLS (DFMx) | Date | November 20, 2020 |
|---|---|---|---|
| Title | Frank Walworth v. Rubio Real Estate Services, Inc. | | |

**Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [14], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Order to Show Cause issued on November 10, 2020 [13] is hereby discharged.

Initials of Deputy Clerk   mku